IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
JENNY SANDERS,                    )
                                  )
                Plaintiff,        )
                                  )
    v.                            )    No. 05 C 5223
                                  )
STANDARD PARKING CORPORATION,     )
                                  )
                Defendant.        )
```

## MEMORANDUM ORDER

Jenny Sanders ("Sanders") has filed a self-prepared "Motion For Wavier of Fees for request of transcript" in her appeal from this Court's November 21, 2006 dismissal of her employment discrimination action against Standard Parking Corporation ("Standard Parking"), which was then reconfirmed by the December 19, 2006 denial of a motion for reconsideration filed by her then appointed counsel Kevin Yusman, Esq. That dismissal and the denial of reconsideration were based on the not-often-encountered provisions of 28 U.S.C. §1915(e)(2)(A):

> Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that--
>
> (A) the allegation of poverty is untrue.

There is no question (1) that Sanders' in forma pauperis affidavit filed at the inception of this action, which resulted in this Court's granting of that status and its appointment of counsel to represent her pro bono publico, was false and (2) that the quoted statute reads literally that dismissal is mandated in

such circumstances. Caselaw from our Court of Appeals teaches that the granting of in forma pauperis status at the appellate level requires not only a showing of poverty but also the presentation of a non-frivolous ground for appeal. In light of the mandatory language of the statute, this Court cannot find the latter aspect of that requirement to have been satisfied, although it naturally leaves the ultimate judgment in that respect to the Court of Appeals.

Accordingly Sanders' current motion for in forma pauperis treatment on appeal and her motion for a waiver of fees for the two transcripts are denied.[1] This denial is of course without prejudice to her right to tender the same issues to the Court of Appeals for its consideration.

_____
Milton I. Shadur
Senior United States District Judge

Date: January 31, 2007

---

[1] This Court's court reporter has advised that Standard Parking has ordered those transcripts and that they are in the final preparation stage.